IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHITSAMY SENESOUK,

Petitioner,

v.

THOMAS R. SNIEZEK, WARDEN

Respondent.

CIVIL ACTION NO. 3:09-CV-0747

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, this __10th__ day of June 2009, upon review of Magistrate Judge Thomas M. Blewitt's Report and Recommendation (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation (Doc. 8) is **ADOPTED**.

(2) The petitioner's Petition for Writ of Habeas Corpus is **DENIED**. The Clerk of the Court is instructed to mark this case **CLOSED**.

_____
A. Richard Caputo
United States District Judge